UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| ELIJAH STARGELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV625-010 |
| ) | |
| IRS DEPARTMENT OF THE ) | |
| TREASURY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 7), to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED**. (Doc. no. 7.) Stargell's Complaint is **DISMISSSED**, without prejudice. (Doc. no. 1.) The Clerk is **DIRECTED to CLOSE** this case.

ORDER ENTERED at Augusta, Georgia, this 26th day of June, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA