AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ELIJAH STARGELL,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:25-cv-00010

IRS DEPARTMENT OF THE TREASURY, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order signed June 26, 2025, the Magistrate Judge's Report and Recommendation is adopted. Plaintiff's complaint is dismissed without prejudice.

This case stands closed.



| 6/26/2025 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | (By) Ann Duke, Deputy Clerk |

GAS Rev 10/2020